CUSTOMER #: 6849342

**234087**

**\*INVOICE\***

NANCY L KUNS
DEREK KUNS DO
6105 DEYO RD
CASTALIA, OH 44824-9399
HOME: 419-684-9342 CONT: N/A
BUS: 419-684-5369 CELL:

PAGE 1

SERVICE ADVISOR: 6374 NICOLE NAHM

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|-------|------|------------|-----|---------|----------------|-----|
| WHITE | 10 | MERCURY MARINER | 4M2CN9H75AKJ06416 | | 14421/14421 | T817 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|-----------|------------|----------|--------|------|---------|-----------|
| 31DEC09 DD | | | 12:00 31JAN11 | | | CASH | 04FEB11 |

| R.O. OPENED | READY | OPTIONS: STK:TA10808 DLR:44J027 |
|-------------|-------|----------|
| 31JAN11 | 04FEB11 | |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|

A CUSTOMER STATES THAT THE VEHICLE HAS HAD THE REAR GLASS BLOW OUT 2
   TIMES CHECK AND ADVISE
CAUSE: INSPECTED FOR CAUSE OF REAR GLASS BRAKING. UNABLE TO DETERMINE
   CAUSE OF BRAKING. RUN OASIS FOUND TSB 10-22-10 APPLIES. DIGITAL
   IMAGE APPRO
   102210A PERFORM TSB 10-22-10
     1054 W94                           (N/C)
     1 BL8Z*7842006*A GLASS - REAR WINDOW     (N/C)
     1 BL8Z*9946410*A COVER - REAR     (N/C)
   FC: G02 01
   PART#: BL8Z*7842006*A
   COUNT:
   CLAIM TYPE:
   AUTH CODE:  PAAHS
   1054
14421 INSPECTED FOR CAUSE OF REAR GLASS BRAKING. UNABLE TO DETERMINE
CAUSE OF BRAKING. RUN OASIS FOUND TSB 10-22-10 APPLIES. DIGITAL IMAGE
APPROVED TO REPLACE REAR GLASS. PERFOREMD TSB 102210A. REPLACED REAR
GLASS, TRANSFERRED WIPER MOTOR AND HARNESS. CLEANED BROKEN GLASS FROM
INTERIOR
    \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
B 99P..PERFORM MULTI-POINT INSPECTION
   99P 99P..PERFORM MULTI-POINT INSPECTION
     9999 ISP                       (N/C)
14421 PERFORMED MULTI-POINT
    \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
C\*\* CUSTOMER STATES TO PERFORM RECALL 10B15
CAUSE: PERFORMED RECALL 10B15 REPROGRAMMED PCM AND LOAD TESTED TRANS
   PASSED
   10B15C PERFORM RECALL
     1054 W94                       (N/C)
   FC: PART#: COUNT:
   CLAIM TYPE:  10B15
   AUTH CODE:

WARRANTY STATEMENT AND DISCLAIMER:
THE DEALER HEREBY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF ANY PARTS OR THIS REPAIR. THIS DISCLAIMER IN NO WAY AFFECTS THE PROVISIONS OF ANY MANUFACTURER OR OTHER SUPPLIERS WARRANTIES.

SHOP SUPPLY COSTS: We have added a charge equal to 10% of the cost of labor, not to exceed $20.00, to the Repair Order for shop supplies used in connection with the repair.

ALL PARTS INSTALLED ARE NEW UNLESS OTHERWISE INDICATED.

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

DEFENDANT'S
EXHIBIT
11
KUNS

KUNS00055

CUSTOMER #: 6849342

NANCY L KUNS
DEREK KUNS DC
6105 DEYO RD
CASTALIA, OH 44824-9399
HOME:419-684-9342 CONT:N/A
BUS: 419-684-5369 CELL:

234087

*INVOICE*

PAGE 2

**LIBERTY FORD-LINCOLN-MERCURY, Inc.**
4216 Liberty Ave. * P.O. Box 457
VERMILION, OHIO 44089
Phone (440) 967-6191
www.libertyford.com

Ford

LINCOLN
Mercury

SERVICE ADVISOR: 6374 NICOLE NAHM

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|-------|------|-----------|-----|---------|----------------|-----|
| WHITE | 10 | MERCURY MARINER | 4M2CN9H75AKJ06416 | | 14421/14421 | 7817 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | P.O. NO. | RATE | PAYMENT | INV. DATE |
|----------|-----------|-----------|----------|----------|------|---------|-----------|
| 31DEC09 DD | | | 12:00 31JAN11 | | | CASH | 04FEB11 |

| R.O. OPENED | READY | OPTIONS: | STK:TA10808 DLR:44J027 |
|-------------|-------|----------|------------------------|
| 31JAN11 | 04FEB11 | | |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|------|--------|------|------|-------|---|------|-----|-------|
| 1054 | | | | | | | | |

14421 PERFORMED RECALL 10B15 REPROGRAMMED PCM AND LOAD TESTED TRANS
PASSED

```
*******************************************
       *****WE HAVE A FULL SERVICE BODY SHOP*****
       WE WORK ON ALL MODELS AND MAKES!!!!!!!!!!!!
       WE WORK WITH ALL INSURANCE COMPANIES!!!!!!
       FREE ESTIMATES!!!!!!!!!!!!!!!!!!!!!!!!!!!!!
       RENTAL CARS AVAILABLE!!!!!!!!!!!!!!!!!!!!!!!
```

**WARRANTY STATEMENT AND DISCLAIMER:**
THE DEALER HEREBY DISCLAIMS ALL WARRANTIES,
EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED
WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A
PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR
AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT
ANY LIABILITY IN CONNECTION WITH THE SALE OF ANY
PARTS OR THIS REPAIR. THIS DISCLAIMER IN NO WAY
AFFECTS THE PROVISIONS OF ANY MANUFACTURER OR
OTHER SUPPLIERS WARRANTIES.

**SHOP SUPPLY COSTS:** We have added a charge
equal to 10% of the cost of labor, not to exceed
$20.00, to the Repair Order for shop supplies
used in connection with the repair.

ALL PARTS INSTALLED ARE NEW UNLESS
OTHERWISE INDICATED.

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

KUNS00039

(Ford) | LINCOLN | (Mercury) | **GENUINE PARTS & SERVICE**

**Owner Advantage Rewards** Rewards Member #: _____  Rewards Service Balance: _____

## Multi-Point Inspection Report Card as Recommended by Ford Motor Company

Today's Date: **1.31.11**  RO/Tag: _____  State Inspec. Month: _____

Name: **Kuns**  _____ **appt**

E-Mail Address: **RO 234087**  **July**

Make/Model/Year: **Mercury Marin** Mileage: _____

VIN #: **AKJO6486**  Plate #: _____

### SCHEDULED MAINTENANCE ITEMS DUE FOR SERVICING ON THIS VISIT

| DUE | | SERVICED | DUE | | SERVICED |
|---|---|---|---|---|---|
| | Cabin Air Filter | ⌀ | | Oil Filter | ⌀ |
| | Engine Air Filter | ⌀ | | Spark Plugs | ⌀ |
| | Engine Coolant | | | Tire Rotation | ⌀ |
| | Fuel Filter | | | Transmission Filter | |
| | Oil Change | ⌀ | | Transmission Fluid | |

*This is only a partial list of vehicle maintenance items and is NOT all-inclusive. Please consult your Owners Manual or visit www.genuineservice.com for vehicle specific maintenance requirements.*

### CHECK FLUID LEVELS AND FILL | SERVICED

Oil and/or fluid leaks

| OK FILL | | OK FILL | | OK FILL | |
|---|---|---|---|---|---|
| | Engine Oil | | Power Steering | | Transmission (if equipped with dipstick) |
| | Brake Reservoir | | Window Washer | | Coolant Recovery Reservoir |

### BATTERY

**State of Health**

0% ———————— 100%

**Condition of Terminals**

Good | Bad
(Clean if necessary)

Factory spec cold cranking amps _____  Actual cold cranking amps _____

### EXTERIOR BODY

Note any existing exterior body damage or defects on diagram

### SYNC VEHICLE HEALTH REPORT (VHR) | ACTIVATED

VHR Activation | Yes | No | N/A

**LEGEND**
- ⌀ May contribute to vehicle efficiency and promote a greener environment
- Checked and OK at this time
- May require future attention
- Requires immediate attention

### CHECK FOLLOWING SYSTEMS/COMPONENTS

| BRAKE SYSTEM | | SERVICED |
|---|---|---|
| Brake system (including lines, hoses, and parking brake) | ⌀ | |

| STEERING AND SUSPENSION | | SERVICED |
|---|---|---|
| Shocks/struts and other suspension components for leaks and/or damage | | |
| Steering, steering linkages and ball joints | | |

| EXHAUST SYSTEM | | SERVICED |
|---|---|---|
| Exhaust system (leaks, damage, loose parts) | ⌀ | |

| TRANSMISSION AND DRIVE AXLE | | SERVICED |
|---|---|---|
| Clutch operation (if equipped) | | |
| Constant velocity (CV) drive axle boots (if equipped) | | |
| Drive shaft, transmission, u-joint and shift linkage (if equipped) and lubricate (as needed) | | |

| LIGHTS/BLADES/WINDSHIELD | | SERVICED |
|---|---|---|
| Operation of horn, interior lights, exterior lamps, turn signals, hazard and brake lamps | | |
| Windshield washer spray, wiper operation and wiper blades | | |
| Windshield for cracks, chips and pitting | | |

| BELTS/HOSES/MOUNTS | | SERVICED |
|---|---|---|
| HVAC system and hoses/lines for leaks and/or damage | | |
| Engine Cooling System, radiator, hoses and clamps | | |
| Accessory drive belt(s) | | |

### TIRE/BRAKE WEAR

TIRE TREAD / BRAKE LINING

| | 7/32" and greater | 4/32" to 6/32" | 3/32" and less |
|---|---|---|---|
| | Over 5mm or 7/32" (Disc) or Over 2mm or 3/32" (Drum) | 3mm to 4mm or 5/32" to 6/32" (Disc) or 1.5 to 2mm (Drum) or 3/32" to 3/32" | Less than 3mm or 4/32" (Disc) or 1mm or 2/32" or less (Drum) |

| LEFT FRONT ⌀ | SERVICED | RIGHT FRONT ⌀ | SERVICED |
|---|---|---|---|
| Tire Tread Depth ____ /32" Tire Age ____ | | Tire Tread Depth ____ /32" Tire Age ____ | |
| Tire Wear Pattern/Damage | | Tire Wear Pattern/Damage | |
| Tire Pressure - set to factory recommended PSI | | Tire Pressure - set to factory recommended PSI | |

| TIRE WEAR INDICATES: | SERVICED |
|---|---|
| Alignment check needed | |
| Wheel balance needed | |
| Tire repair needed | |
| Brake measurements not taken this service visit | |

| LEFT-REAR ⌀ | SERVICED | RIGHT-REAR ⌀ | SERVICED |
|---|---|---|---|
| Tire Tread Depth ____ /32" Tire Age ____ | | Tire Tread Depth ____ /32" Tire Age ____ | |
| Tire Wear Pattern/Damage | | Tire Wear Pattern/Damage | |
| Tire Pressure - set to factory recommended PSI | | Tire Pressure - set to factory recommended PSI | |

| TIRE RECALLS | | SPARE TIRE ⌀ | SERVICED |
|---|---|---|---|
| Check for open tire recalls | | Tire Pressure - set to factory recommended PSI | |

Comments: _____

Service Advisor: _____

Technician: _____

Customer Signature: X **Kuy Kun**

2111107 Rev. 11/09 ©2009 Ford Motor Company All Rights Reserved    Customer Copy

12-63899933
KUNS00056